**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **SCOTT ROBERTS,** *Plaintiff,* | § | |
| **vs.** | § | |
| **LAREDO INDEPENDENT SCHOOL DISTRICT; JESUS MARTINEZ in his official capacity; JOSE A. VALDEZ, in his official capacity; RICARDO GARZA, in his official capacity; HECTOR J. NOYOLA, in his official capacity; CECILIA MAY MORENO, in her official capacity; HECTOR J. GARCIA, in his official capacity; JOSE R. PEREZ, in his official capacity; GEORGE BECKELHYMER, in his previous official capacity; JOHNNY AMAYA; in his previous official capacity;** *Defendants.* | § | **CIVIL ACTION NO.: __________** |

**DEFENDANTS' NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Defendants The Laredo Independent School District, Jesus Martinez in his official capacity as President for the Laredo Independent School Board of Trustees, Jose. A. Valdez in his official capacity, Ricardo Garza in his official capacity, Hector J. Noyola in his official capacity, Cecilia May Moreno in her official capacity, Hector J. Garcia in his official capacity, Jose R. Perez in his official capacity, and Johnny Amaya in his previous official capacity (hereinafter referred to as "Defendants"), and pursuant to 28 U.S.C. §1331, file this their Defendants' Notice of Removal (hereinafter referred to as the "Notice") through which Notice Defendants remove a lawsuit originally filed in the 49th Judicial District Court of Webb County, Texas to the United States District Court for the Southern District of Texas, Laredo

Division.

## I. Introduction

1. The Laredo Independent School District, Jesus Martinez in his official capacity as President for the Laredo Independent School Board of Trustees, Jose. A. Valdez in his official capacity, Ricardo Garza in his official capacity, Hector J. Noyola in his official capacity, Cecilia May Moreno in her official capacity, Hector J. Garcia in his official capacity, Jose R. Perez in his official capacity, and Johnny Amaya in his previous official capacity are Defendants in Cause No. 2015CVQ002013-D1 filed on June 9, 2015, by Plaintiff, Scott Roberts (hereinafter referred to as "Plaintiff") in the 49th Judicial District Court of Webb County, Texas (hereinafter referred to as the "State Lawsuit").

2. As documented in the State Lawsuit pleadings and process attached to this Notice as the "Index", the following is a list of all Defendants who have been served with process and Citation as of the date of the filing of this Notice, together with the date of service of Citation in the State Lawsuit:

| | |
|---|---|
| Laredo Independent School District | June 17, 2015 |
| Jesus Martinez | June 17, 2015 |
| Jose A. Valdez | June 17, 2015 |
| Ricardo Garza | June 17, 2015 |
| Hector J. Noyola | June 22, 2015 |
| Cecilia May Moreno | June 17, 2015 |
| Hector J. Garcia | June 17, 2015 |
| Jose R. Perez | June 22, 2015 |
| Johnny Amaya | June 25, 2015 |

This Notice of Removal is filed within thirty days of the date each Defendant was served with Citation.

3. Plaintiff's Original Petition filed in the State Lawsuit broadly purports to assert claims against the Laredo Independent School District ("LISD"), his current employer, and

multiple current and prior members of the LISD board of trustees for alleged violations of the Texas Open Meetings Act, TEX. GOV'T CODE ANN. §§ 551.001 et seq. *See Plaintiff's Original Petition, Section I, Preliminary Statement.* However, contained within Plaintiff's twenty-seven page Original Petition are multiple allegations of Defendants' violations of federal constitutional rights, including (as described by Plaintiff) the right to redress under the First Amendment, the Fifth Amendment right to due process, and the Fourteenth Amendment right to equal protection. *U.S. Const. amend 1, 5 and 14.* Identified below are the relevant sections of Plaintiffs' Original Petition:

> 34. On March 19, 2015, Regular Board meeting the Laredo Independent School District Board of Trustees agenda item number 9 "Update on Pay Plan". *Discussions were had by defendants, inter alia, trying to deny Plaintiff his First Amendment, Fifth and Fourteenth Amendment Rights.*

*Plaintiff's Original Petition, ¶ 34 (Italics added).*

> 44. In addition to the prior meetings, the Laredo Independent School Board of Trustees has also adopted another divisive decision in violation of TOMA. *These decisions revolve around denying an employee's right to the freedoms granted under the first amendment (right to redress), Fifth Amendment (Due Process), the Fourteen Amendment (Equal Protection)*, and Article 1 §27 of the Texas Constitution based on the Laredo Independent School Board of Trustees implementing a pay plan appeals process with no formal agenda item placed for discussion or vote that violates their own policies, yet was carried out with the intent to create a differed disposition making false statements and representations to cover up official actions *that are the result of the defendant's cynical scheme to circumvent TOMA and thwart public participation and public trust and debate regarding the first amendment (Right to redress), Fifth Amendment (Due Process), The Fourteen Amendment (Equal Protection)*, Article 1 §27 of the Texas Constitution, (TEC §7.057(a)(2)), TEC§11.1513(i), TEC§11.151(d), TEC§11.171, TEC§7.057, Government Code §617.005, Texas Open Meetings Act (Government Code §551.082 and School Board Policy with regards to employee rights. For example, On November 13, 2014, the Laredo Independent School District Board of Trustees discussed, among other things a Texas Association of School Boards (TASB) Pay Plan study performed by TASB for the district in which TASB never recommended a pay plan appeals process nor did the Laredo Independent School Board of Trustees discuss the implementation of such appeals in official capacity with an official agenda corresponding to any possible deliberations. However, an appeals process was initiated and now TASB was to perform the review, but this was not a TASB recommendation nor was this approved by the defendants at an official meeting with a corresponding agenda item for discussion and action to approve

> TASB to implement and evaluate pay plan appeals. In fact, several Laredo Independent School Board of Trustees. Yet, administration coerced many to drop their grievances in lieu of a pay plan appeal. Those that did not receive their opportunity under legal and local board policy for their grievances to be heard are still pending even though defendant's violated for their own policies. Rather the result of the defendant's cynical scheme to circumvent TOMA and thwart public participation and public trust and debate *regarding employee rights to grieve.*

*Plaintiff's Original Petition, ¶ 44 (Italics added).*

> 52. These meetings are unmistakably and improperly directed toward a definable group of employees. Importantly for the purpose of this suit, the measure was negotiated in a "back room" away from the public light, *and designed to decrease the number of grievances by violating the first amendment (Right to redress), Fifth Amendment (Due Process), the Fourteen Amendment (Equal Protection),* Article I §27 of the Texas Constitution, (TEC §7.057(a)(2)), TEC§11.1513(i), TEC§11.151(d), TEC§11.171, TEC§7.057, Government Code §617.005, Texas Open Meetings Act (Government Code §551.082 and defendant's own local and legal policies.

*Plaintiff's Original Petition, ¶ 52 (Italics added).*

4. Plaintiff's claims that the Defendants' violations of the Texas Open Meetings Act were committed with the intent and purpose of violating LISD employees' rights to pursue grievances to the school district's board of trustees, which Plaintiff asserts to be a violation of the First Amendment "right of redress", are also repeated in Paragraphs 45 through 50. *Plaintiff's Original Petition, ¶¶ 45-50* ("Rather the result of the defendant's cynical scheme to circumvent TOMA and thwart public participation and public trust and debate regarding employee rights to grieve.").

5. Copies of the following documents attached hereto as the "Index" and which documents are further adopted and incorporated by reference herein for all purposes as if set out in full, constitute all process and pleadings filed and served in the State Lawsuit:

**INDEX**

| | | |
|---|---|---|
| 1. | 6/9/2015 | Plaintiff's Original Petition for Declaratory and Injunctive Relief, Demand for Jury Trial, and Request for Disclosures |

| | | |
|---|---|---|
| 2. | 6/9/2015 | Civil Case Information Sheet |
| 3. | 6/10/2015 | Notice of Calendar Call |
| 4. | 6/10/2015 | Citation issued to Laredo Independent School District by Serving Jesus Martinez, Board President |
| 5. | 6/10/2015 | Citation issued to Jesus Martinez, President of Laredo Independent School District |
| 6. | 6/10/2015 | Citation issued to Jose A. Valdez, Laredo Independent School District Board of Trustee |
| 7. | 6/10/2015 | Citation issued to Ricardo Garza, Laredo Independent School District Board of Trustee |
| 8. | 6/10/2015 | Citation issued to Hector J. Noyola, Laredo Independent School District Board of Trustee |
| 9. | 6/10/2015 | Citation issued to Cecilia May Moreno, Laredo Independent School District Board of Trustee |
| 10. | 6/10/2015 | Citation issued to Hector J. Garcia, Laredo Independent School District Board of Trustee |
| 11. | 6/10/2015 | Citation issued to Jose R. Perez, Laredo Independent School District Board of Trustee |
| 12. | 6/10/2015 | Citation issued to George Beckelhymer, Laredo Independent School District Board of Trustee |
| 13. | 6/10/2015 | Citation issued to Johnny Amaya, Laredo Independent School District Board of Trustee |
| 14. | 6/25/2015 | Citation Returned Executed to Johnny Amaya, Laredo Independent School District Board of Trustee |
| 15. | 6/25/2015 | Citation Returned Executed as to Jesus Martinez, President of Laredo Independent School District |
| 16. | 6/25/2015 | Citation Returned Executed as to Laredo Independent School District by serving Jesus Martinez, Board President |
| 17. | 6/25/2015 | Citation Returned Executed as to Jose. R. Perez, Laredo Independent School District Board of Trustee |
| 18. | 6/25/2015 | Citation Returned Executed as to Hector J. Noyola, Laredo Independent School District Board of Trustee |
| 19. | 6/25/2015 | Citation Returned Executed as to Hector J. Garcia, Laredo Independent School District Board of Trustee |
| 20. | 6/25/2015 | Citation Returned Executed as to Ricardo Garza, Laredo Independent School District Board of Trustee |
| 21. | 6/25/2015 | Citation Returned Executed as to Cecilia May Moreno, Laredo Independent School District Board of Trustee |

| | | |
|---|---|---|
| 22. | 6/25/2015 | Citation Returned Executed as to Jose A. Valdez, Laredo Independent School District Board of Trustee |

## II. Basis for Removal

6. This Court has federal question jurisdiction of all civil actions that arise under the Constitution, laws, or treatises of the United States. 28 U.S.C. §1331. *Empire Healthchoice Assur., Inc. v.* McVeigh, 547 U.S. 677, 688, 690 (2006). Additionally, this Court has supplemental jurisdiction over all other state law claims alleged by Plaintiff. 28 U.S.C. §1367(a). *City of Chicago v. International College of Surgeons*, 522 U.S. 156, 164, 165 (1997). Defendants file this Notice within the statutorily prescribed period. 28 U.S.C. §1441(b).

7. In Plaintiff's Original Petition, Plaintiff appears to assert as causes of action violations of the First, Fifth and Fourteenth Amendments of the United States Constitution.

## III. Venue and Other Matters

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the Laredo Division of the Southern District of Texas embraces the place where the State Lawsuit has been pending.

9. This Notice is filed on behalf of all Defendants who have been served with process and Citation.

10. All pleadings, process, orders, and other filings in the State Lawsuit are attached to this Notice as required by 28 U.S.C. §1446(a).

11. Defendants will promptly file a copy of this Notice with the clerk of the 49th Judicial District Clerk, Webb County, Texas where the State Lawsuit is pending.

12. Plaintiff did demand a jury trial in the State Lawsuit. That demand is included in the Plaintiff's Original Petition which is attached to the Index.

## IV. Conclusion

13. Defendants seek removal of the State Lawsuit to this Court because removal is proper pursuant to 28 U.S.C. §1331. Plaintiff has filed a pleading in the State Lawsuit that asserts therein allegations and causes of action arising under the United States Constitution, laws, or treaties of the United States. Accordingly, this Court has jurisdiction over all causes of action filed in the State Lawsuit, and Defendants seek removal to this Court. 28 U.S.C. §1367(a). Defendants file this Notice timely. 28 U.S.C. §1441(b).

## V. Prayer

14. WHEREFORE PREMISES CONSIDERED, The Laredo Independent School District, Jesus Martinez in his official capacity as President for the Laredo Independent School Board of Trustees, Jose. A. Valdez in his official capacity, Ricardo Garza in his official capacity, Hector J. Noyola in his official capacity, Cecilia May Moreno in her official capacity, Hector J. Garcia in his official capacity, Jose R. Perez in his official capacity, and Johnny Amaya in his previous official capacity, Defendants in the State Lawsuit, remove this action from the 49th Judicial District Court of Webb County, Texas to this Court on this 13th day of July, 2015.

Respectfully submitted,

**KAZEN, MEURER & PÉREZ, L.L.P.**

*/s/ John A. Kazen*

JOHN A. KAZEN
Federal I.D. No.: 20351
J. FRANCISCO TAMEZ
Federal I.D. No.: 34713
211 Calle Del Norte, Ste. 100
Laredo, Texas 78042-6237
(956) 712-1600 – Telephone
(956) 712-1628 – Facsimile
jkazen@kmp-law.com – Email

ftamez@kmp-law.com – Email
*Attorney for Defendant The Laredo Independent School District*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Defendants' Notice of Removal was served on the 13th day of July, 2015, by electronic service, e-mail, and/or U.S. mail to the following:

Scott J. Roberts
1918 Reynolds St.
Laredo, Texas 78043
Email: scottroberts1025@gmail.com

*/s/ John A. Kazen*
JOHN A. KAZEN